```
 1  PETER KMETO
    Attorney at Law
 2  State Bar No. 78827
    1007 Seventh Street, Suite 318
 3  Sacramento, CA 95814
    (916) 444-7420; FAX: (916) 441-6714
 4
    Attorney for: EDWARD MALLORY
 5
```

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8

| 9  | UNITED STATES OF AMERICA, | ) | No. CR-S-09-090 EJG |
| 10 | Plaintiff, | ) | |
| 11 | vs. | ) | STIPULATION AND ORDER CONTINUING STATUS HEARING |
| 12 | EDWARD MALLORY, | ) | |
| 13 | Defendant. | ) | |

14

15       Defendant, EDWARD MALLORY, through his attorney, PETER KMETO,

16  and the United States of America, through its counsel of record, JASON HITT,

17  stipulate and agree to the following:

18       1. The presently scheduled date of March 27,2009 for Status Hearing shall

19       be vacated and said Hearing be rescheduled for May 1, 2009 at 10:00 a.m..

20       2. Defense counsel has just been provided the initial discovery packet, but has

21       not had an adequate opportunity to review said discovery.  Additionally, it is

22       likely that further discovery will be provided. Accordingly, the parties stipulate

23       that time be excluded pursuant to 18 U.S. C. §3161(h)(8)(B)(iv) [Local Code

24       T4] – additional time to adequately prepare for pretrial proceedings.

25  //// ////

26  //// ////

27

28                                  - 1 -

IT IS SO STIPULATED.

Dated: March 25, 2009         /s/ JASON HITT
                              Assistant U.S. Attorney
                              for the Government


Dated: March 25, 2009         /s/ PETER KMETO
                              Attorney for Defendant
                              EDWARD MALLORY


ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4 until May 1, 2009 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

DATED: March 25, 2009         /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              United States District Judge