PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: EDWARD MALLORY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-09-090 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING STATUS |
| | ) | HEARING |
| EDWARD MALLORY , | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, EDWARD MALLORY , through his attorney, PETER KMETO,

and the United States of America, through its counsel of record, JASON HITT,

stipulate and agree to the following:

1. The presently scheduled date of May 1, 2009 for Status Hearing shall be

vacated and said Hearing be rescheduled for June 5, 2009 at 10:00 a.m..

2.  Further discovery is scheduled to be provided to defense counsel this week and

it is anticipated that non-dispositive discovery  motions concerning search issues

will be filed within the next month  . Accordingly, the parties stipulate that time

be excluded pursuant to 18 U.S. C. §3161(h)(8)(B)(iv) [Local Code T4] –

additional time to adequately prepare for pretrial proceedings.

//// ////

//// ////

- 1 -

IT IS SO STIPULATED.

Dated:   April 28, 2009                    /s/ JASON HITT
                                           Assistant U.S. Attorney
                                           for the Government




Dated:   April 28, 2009                    /s/   PETER KMETO
                                           Attorney for Defendant
                                           EDWARD MALLORY



                              ORDER

       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

ordered that the hearing for STATUS HEARING be continued as set forth above.

       The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A)

and Local Rule T-4 until June 5, 2009 for continuity of defense counsel and time to

permit defense counsel to prepare and properly advise his client.


DATED:   April 30, 2009                    /s/ Edward J. Garcia
                                           EDWARD J. GARCIA
                                           United States District Judge