PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: EDWARD MALLORY

**FILED**

JUL 20 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-090 EJG |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS HEARING |
| EDWARD MALLORY, | |
| Defendant. | |

Defendant, EDWARD MALLORY, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, JASON HITT, stipulate and agree to the following:

1. The presently scheduled date of July 17, 2009 for Status Hearing shall be vacated and said Hearing be rescheduled for August 28, 2009 at 10:00 a.m..

2. Since the recent filing of a superseding indictment in this case which expands the case from a single incident to a case involving three separate and distinct alleged conspiracies, the case has become complex. Discovery has been recently provided in excess of three hundred pages and promises to become more voluminous. Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

- 1 -

IT IS SO STIPULATED.

Dated: July 15, 2009            /s/ JASON HITT
                                Assistant U.S. Attorney
                                for the Government


Dated: July 15, 2009            /s/ PETER KMETO
                                Attorney for Defendant
                                EDWARD MALLORY


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4 until August 28, 2009 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

DATED: 7/15/09                  EDWARD J. GARCIA
                                United States District Judge

- 2 -