1  PETER KMETO
   Attorney at Law
2  State Bar No. 78827
   1007 Seventh Street, Suite 100
3  Sacramento, CA 95814
   (916) 444-7420; FAX: (916) 441-6714
4
   Attorney for: EDWARD MALLORY
5

6              IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,         )    No. CR-S-09-090 EJG
                                     )
10                Plaintiff,         )
                                     )    STIPULATION AND ORDER
11       vs.                         )    CONTINUING STATUS
                                     )    HEARING
12 EDWARD MALLORY ,                  )
                                     )
13                Defendant.         )
   _____ )

14

15      Defendant, EDWARD MALLORY , through his attorney, PETER KMETO,

16 and the United States of America, through its counsel of record, JASON HITT,

17 stipulate and agree to the following:

18      1. The presently scheduled date of August 28, 2009 for Status Hearing shall

19      be vacated and said Hearing be rescheduled for October 2, 2009 at 10:00

20      a.m..

21      2.  Since the filing of a superseding indictment in this case which expands the case

22      from a single incident to a case involving three separate and distinct alleged

23      conspiracies, the case has become complex.  Discovery continues to be provided

24      and promises to become more voluminous.  Accordingly, the parties stipulate

25      that time be excluded pursuant to 18 U.S. C. §3161(h)(8)(B)(iv) [Local Code

26      T4] – additional time to adequately prepare for pretrial proceedings.

27

28                                - 1 -

IT IS SO STIPULATED.

Dated:  August 26, 2009        /s/ JASON HITT
                               Assistant U.S. Attorney
                               for the Government


Dated:  August 26, 2009        /s/  PETER KMETO
                               Attorney for Defendant
                               EDWARD MALLORY


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4 until October 2, 2009 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.


DATED:  August 26, 2009        /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                               United States District Judge

- 2 -