PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: EDWARD MALLORY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-090 EJG |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS HEARING |
| EDWARD MALLORY, | |
| Defendant. | |

Defendant, EDWARD MALLORY , through his attorney, PETER KMETO, and the United States of America, through its counsel of record, JASON HITT, stipulate and agree to the following:

1. The presently scheduled date of November 6, 2009 for Status Hearing shall be vacated and said Hearing be rescheduled for December 11, 2009 at 10:00 a.m..

2. Since the filing of a superseding indictment in this case which expands the case from a single incident to a case involving three separate and distinct alleged conspiracies, the case has become complex.  Discovery continues to be provided and promises to become more voluminous.  Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S. C. §3161(h)(8)(B)(iv) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

IT IS SO STIPULATED.

Dated:  November 3, 2009          /s/ JASON HITT
                                  Assistant U.S. Attorney
                                  for the Government


Dated:  November 3, 2009          /s/  PETER KMETO
                                  Attorney for Defendant
                                  EDWARD MALLORY

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4 until December 11, 2009 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

DATED:  November 4, 2009          /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  United States District Judge

- 2 -