PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: EDWARD MALLORY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-09-090 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING STATUS HEARING |
| EDWARD MALLORY, | ) | |
| Defendant. | ) | |

Defendant, EDWARD MALLORY , through his attorney, PETER KMETO, and the United States of America, through its counsel of record, JASON HITT, stipulate and agree to the following:

1. The presently scheduled date of January 29, 2010 for Status Hearing shall be vacated and said Hearing be rescheduled for March 19, 2010 at 10:00 a.m..

2. The parties have been attempting to negotiate a plea in this case and agree that a referral to the US Probation Department for a Pre-plea Report would be most beneficial in being able to structure a plea. Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C.3161(h)(7)(B)(iv) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

IT IS SO STIPULATED.

Dated:  January 27, 2010           /s/ JASON HITT
                                                          Assistant U.S. Attorney
                                                          for the Government

Dated:  January 27, 2010           /s/  PETER KMETO
                                                          Attorney for Defendant
                                                          EDWARD MALLORY

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above and that the matter be referred to the U.S. Probation Department for preparation of a Pre-plea Report.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 until March 19, 2010 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

DATED:  January 27, 2010           /s/ Edward J. Garcia
                                                          EDWARD J. GARCIA
                                                          United States District Judge