PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: EDWARD MALLORY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-09-090 EJG |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER CONTINUING STATUS HEARING |
| EDWARD MALLORY , | ) | |
| Defendant. | ) | |

Defendant, EDWARD MALLORY , through his attorney, PETER KMETO,

and the United States of America, through its counsel of record, JASON HITT,

stipulate and agree to the following:

1. The presently scheduled date of March 19, 2010 for Status Hearing shall

be vacated and said Hearing be rescheduled for May 14, 2010 at 10:00 a.m..

2. The parties have been attempting to negotiate a plea in this case and

agree that a referral to the US Probation Department for a full Pre-plea

Report would be most beneficial in being able to structure a plea. Although

the parties made the same request on January 27, 2010, the US Probation

Office was unable to prepare due to lack of notice. Accordingly, the parties

stipulate that time be excluded pursuant to 18 U.S.C.3161(h)(7)(B)(iv) [Local

Code T4] – additional time to adequately prepare for pretrial proceedings.

- 1 -

1    IT IS SO STIPULATED.

2    Dated:   March 17, 2010              /s/ JASON HITT

3                                         Assistant U.S. Attorney
                                          for the Government
4

5

6

7    Dated:   March 17, 2010              /s/   PETER KMETO

8                                         Attorney for Defendant
                                          EDWARD MALLORY
9

10

11                                        ORDER

12          UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

13   ordered that the hearing for STATUS HEARING be continued as set forth above

14   and that the matter be referred to the U.S. Probation Department for preparation of

15   a full Pre-plea Report, said report to be returned by April 30, 2010.

16          The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A)

17   and Local Rule T-4 until May 14, 2010 for continuity of defense counsel and time to

18   permit defense counsel to prepare and properly advise his client.

19

20   DATED:   March 17, 2010              /s/ Edward J. Garcia

21                                        EDWARD J. GARCIA
                                          United States District Judge
22

23

24

25

26

27

28                                        - 2 -