PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: EDWARD MALLORY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-090 EJG |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | CONTINUING STATUS HEARING |
| ) | |
| EDWARD MALLORY , ) | |
| ) Defendant. ) | |

     Defendant, EDWARD MALLORY , through his attorney, PETER KMETO, and the United States of America, through its counsel of record, JASON HITT, stipulate and agree to the following:

     1. The presently scheduled date of June 11, 2010 for Status Hearing shall be vacated and said Hearing be rescheduled to July 16, 2010 at 10:00 a.m..

     2. The parties have been awaiting a Pre-Plea Report from US Probation, which report has now been received. Based on the recommendations and calculations therein, the parties have a reliable notion of the eventual out come of certain plea scenarios. The parties now require time to finalize negotiations and structure a plea agreement. Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C.3161(h)(7)(B)(iv) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

IT IS SO STIPULATED.

Dated:  June 8, 2010          /s/ JASON HITT
                              Assistant U.S. Attorney
                              for the Government


Dated:  June 8, 2010          /s/  PETER KMETO
                              Attorney for Defendant
                              EDWARD MALLORY


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 until July 16, 2010 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

June 8, 2010                             /s/ Edward J. Garcia

                                         EDWARD J. GARCIA

                                         United States District Judge

- 2 -