PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: EDWARD MALLORY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EDWARD MALLORY ,<br><br>　　　　Defendant. | No. CR-S-09-090 EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING |

Defendant, EDWARD MALLORY , through his attorney, PETER KMETO, and the United States of America, through its counsel of record, JASON HITT, stipulate and agree to the following:

1. The presently scheduled date of July 16, 2010 for Status Hearing shall be vacated and said Hearing be rescheduled August 12, 2010 at 10:00 a.m..

2. A Pre-Plea Report from US Probation has been received. Based on the recommendations and calculations therein, the parties have a reliable notion of the eventual out come of certain plea scenarios. The parties now require time to finalize negotiations and structure a plea agreement. Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C.3161(h)(7)(B)(iv) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

IT IS SO STIPULATED.

Dated:  July 14, 2010                          /s/ JASON HITT
                                               Assistant U.S. Attorney
                                               for the Government


Dated:  July 14, 2010                          /s/  PETER KMETO
                                               Attorney for Defendant
                                               EDWARD MALLORY


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 until August 12, 2010 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.


DATED: July 14, 2010                           /s/ Edward J. Garcia
                                               EDWARD J. GARCIA
                                               United States District Judge