```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | JASON HITT
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California  95814
 4 | Telephone: (916) 554-2751
 5 |
 6 |
 7 |
 8 |             IN THE UNITED STATES DISTRICT COURT FOR THE
 9 |                    EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,     )
   |                               )   CR. S-09-090 EJG
12 |            Plaintiff,         )
   |                               )   STIPULATION AND
13 |                               )   ORDER CONTINUING STATUS
   |       v.                      )   CONFERENCE
14 |                               )
   | EDWARD MALLORY,               )
15 |                               )
   |            Defendant.         )
16 | _____)
17 |      IT IS HEREBY STIPULATED by and between Plaintiff United
18 | States of America and Attorney Peter Kmeto, Counsel for Defendant
19 | Edward Mallory, that the status conference scheduled for August
20 | 12, 2010, be vacated and continued for further status conference
21 | on September 10, 2010, at 10:00 a.m.
22 |      The request to continue the status conference is made on the
23 | ground that additional time is needed by both parties for
24 | negotiations regarding resolution of this case.  The government
25 | and defendant agree that an exclusion of time is appropriate
26 | ///
27 | ///
28 |
```

Stipulation and Order
Continuing Status Conference    1

under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).  This exclusion of time includes the period from August 12, 2010, up to and including September 10, 2010.

DATED: August 11, 2010          By: /s/ Todd D. Leras for
                                     JASON HITT
                                     Assistant U.S. Attorney

DATED: August 11, 2010          By: /s/ Todd D. Leras for
                                     PETER KMETO
                                     Attorney for Defendant
                                     EDWARD MALLORY

**IT IS HEREBY ORDERED:**

1.  The status conference set for August 12, 2010, is continued to September 10, 2010, at 10:00 a.m.

2.  Based on the stipulations and representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) from August 12, 2010, up to and including September 10, 2010.

IT IS SO ORDERED

Date: August 11, 2010           /s/ Edward J. Garcia
                                HONORABLE EDWARD J. GARCIA
                                SENIOR UNITED STATES DISTRICT
                                COURT JUDGE

Stipulation and Order
Continuing Status Conference