PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: EDWARD MALLORY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-090 EJG |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION AND ORDER CONTINUING STATUS HEARING |
| ) | |
| vs. ) | |
| ) | |
| EDWARD MALLORY, ) | |
| ) | |
| Defendant. ) | |

Defendant, EDWARD MALLORY, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, JASON HITT, stipulate and agree to the following:

1. The presently scheduled date of December 10, 2010 for Status Hearing shall be vacated and said Hearing be rescheduled January 14, 2011 at 10:00 a.m..

2. Two of the three preconditions to resolving this matter have been met, i.e.: change in the Guidelines re: crack cocaine; and, plea agreement tendered by the government. The third condition, *viz.,* consultation with the client and corresponding meeting of the minds of the parties, has not been accomplished due, primarily, to the fact that both the lawyers for the parties have been engaged in a lengthy trial. That trial ended December 7, 2010. The parties now require time to finalize negotiations.

- 1 -

Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C.3161(h)(7)(B)(iv) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

IT IS SO STIPULATED.

Dated:   December 8, 2010          /s/ JASON HITT
                                    Assistant U.S. Attorney
                                    for the Government


Dated:   December 8, 2010          /s/   PETER KMETO
                                    Attorney for Defendant
                                    EDWARD MALLORY


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 until January 14, 2011for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

DATED:   December 14, 2010          /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge