PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: EDWARD MALLORY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>      vs.                             )<br>                                      )<br>EDWARD MALLORY ,                      )<br>                                      )<br>            Defendant.                )<br>_____) | No. CR-S-09-090 EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING |

Defendant, EDWARD MALLORY , through his attorney, PETER KMETO, and the United States of America, through its counsel of record, JASON HITT, stipulate and agree to the following:

1. The presently scheduled date of January 14, 2011for Status Hearing shall be vacated and said Hearing be rescheduled February 4, 2011 at 10:00 a.m..

2. Counsel for the defense has been unavailable, due to illness, to finalize settlement negotiations with the government and, thereafter, consult with the defendant. Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C.3161(h)(7)(B)(iv) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

/// ///

- 1 -

IT IS SO STIPULATED.

Dated:  January 12, 2011           /s/ JASON HITT
                                   Assistant U.S. Attorney
                                   for the Government


Dated:  January 12, 2011           /s/  PETER KMETO
                                   Attorney for Defendant
                                   EDWARD MALLORY


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 until February 4, 2011 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.


DATED: January 12, 2011            /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   United States District Judge

- 2 -