IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. S-09-0090 EJG

     v.              ORDER DIRECTING UNITED STATES
                           TO FILE RESPONSE

EDWARD MALLORY,

        Defendant.
_____/

    Defendant, a federal prisoner proceeding pro se, has filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), based on Guideline Amendments 748 and 750 concerning lowered base offense levels for cocaine base. The Government is directed to file a response to the motion within 30 days from the filing date of this order.  Defendant may file a reply to the response within 30 days after service of the response upon him. The matter will stand submitted upon receipt of the last brief.

    IT IS SO ORDERED.

Dated: April 2, 2012        /s/ Edward J. Garcia

                                  _____
                                  EDWARD J. GARCIA, JUDGE
                                  UNITED STATES DISTRICT COURT