UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:12-cv-2700 |
|---|---|
| Plaintiff, | No. 2-09-cr-0090 |
| v. | |
| EDWARD MALLORY, | **ORDER** |
| Defendant. | |

----oo0oo----

This matter is before the court on remand from the Ninth Circuit (Docket No. 77). In accordance with the mandate of the Court of Appeals, the United States shall file its response to defendant's 28 U.S.C. § 2255 motion within fifteen days from the date of this Order. Defendant shall file his reply within 30 days from the filing of the United States' response. The court will then take this matter under submission.

IT IS SO ORDERED.

Dated: January 31, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1