UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>EDWARD MALLORY,<br><br>            Defendant. | CR. NO. 2:09-90 WBS<br><br>ORDER |

----oo0oo----

On June 7, 2011, United States District Judge Edward J. Garcia sentenced defendant Edward Mallory to a term of 292 months imprisonment pursuant to a plea agreement. (Docket No. 58.) On November 1, 2012, defendant filed a petition to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (Docket No. 65.) Judge Garcia denied the petition on the basis that it was filed outside of the one-year statute of limitations set forth by § 2255. (Docket No. 66.) Defendant appealed the denial of his petition, and the Court of Appeals remanded the appeal to the district court on April 5, 2013, with instructions

1

1  to grant or deny a certificate of appealability.  (Docket No.
2  74.)
3         After Judge Garcia retired in 2013, this action was
4  reassigned to the undersigned district judge.  (Docket No. 75.)
5  The court denied defendant a certificate of appealability on July
6  11, 2013.  (Docket No. 76.)  The Court of Appeals nonetheless
7  granted the certificate of appealability on October 18, 2013 and
8  vacated the district court's denial of defendant's § 2255
9  petition on November 27, 2013.  (Docket No. 78.)  It remanded the
10 action to the district court with instructions to permit
11 defendant to present his position on the timeliness of the
12 petition.  (Id.)
13        To comply with the mandate of the Court of Appeals, on
14 February 3, 2014, this court directed the United States to
15 respond to defendant's § 2255 petition within fifteen days and
16 directed defendant to file a reply within thirty days from the
17 filing of the United States' response.  (Docket No. 79.)  The
18 United States filed a response to defendant's motion, (Docket No.
19 80), but defendant failed to file a reply.
20        Considering that defendant went to the trouble of
21 appealing from this court's failure to afford him the opportunity
22 to oppose the dismissal of his petition, the fact that he did not
23 avail himself of that opportunity when it was given to him
24 strongly suggests that he lacks the sophistication required to
25 represent himself competently in this matter.  Accordingly, the
26 court will appoint John Balazs of the Law Office of John Balazs
27 as counsel in this matter.  Counsel is directed to file a reply
28 to the United States' response within thirty days from the date

1 | this Order is signed.
2 |        IT IS SO ORDERED.
3 | Dated:  May 6, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE