John Balazs, SBN: 157287
Attorney at Law
916 Second Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299.
Facsimile: (916) 557-1118
Email: john@balazslaw.com

Attorney for Defendant
EDWARD MALLORY

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | 2:09-CR-0090-WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE DATE |
| v. | ) | FOR REPLY BRIEF |
| EDWARD MALLORY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    In an order filed May 7, 2014, the Court appointed undersigned counsel to represent defendant Edward Mallory in this §2255 action and directed counsel to file a Reply Brief to the government's Response Brief within 30 days from the date of the court's order.

    For the following reasons, the parties hereby stipulate that the due date for defendant's reply brief be extended to July 18, 2014.  After being appointed, counsel has ordered the transcripts from defendant's change of plea and sentencing hearings.  Counsel also has a scheduled vacation from June 7-28, 2014.  Mr.

1  Mallory thus requests a continuance to July 18 to provide counsel time to obtain
2  and review the transcripts, consult with the client, and prepare the reply brief.

Dated: May 27, 2014    BENJAMIN B. WAGNER
 U.S. ATTORNEY

 By: /s/ Jason Hitt
  Jason Hitt
  Assistant U.S. Attorney

Dated: May 27, 2014

 By: /s/ John Balazs
  JOHN BALAZS
  Attorney for Defendant
  EDWARD MALLORY

## ORDER

   IT IS SO ORDERED.

Dated:  May 28, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE