John Balazs, SBN: 157287
Attorney at Law
916 Second Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299.
Facsimile: (916) 557-1118
Email: john@balazslaw.com

Attorney for Defendant
EDWARD MALLORY

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | 2:09-CR-0090-WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER TO CONTINUE DATE |
| v. | ) | FOR REPLY BRIEF |
| EDWARD MALLORY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In an order filed May 7, 2014, the Court appointed undersigned counsel to represent defendant Edward Mallory in this §2255 action.  A reply brief to the government's response brief is currently due July 18, 2014.  For the following reasons, the parties hereby stipulate that the due date for defendant's reply brief be extended to August 29, 2014.

Counsel has been unable to set up a legal call with Mr. Mallory with prison staff and wants to do so before a reply brief is filed.  Further, counsel is scheduled to begin a 2-week jury trial before Judge Karlton starting August 5, 2014.  Counsel

thus requests a continuance to August 29 to provide counsel additional time to schedule a legal call and consult with Mr. Mallory and to prepare the reply brief.

Dated: July 15, 2014                          BENJAMIN B. WAGNER
                                              U.S. ATTORNEY

                                        By: /s/  Jason Hitt
                                              Jason Hitt
                                              Assistant U.S. Attorney

Dated: July 15, 2014

                                        By: /s/  John Balazs
                                              JOHN BALAZS
                                              Attorney for Defendant
                                              EDWARD MALLORY

## ORDER

        IT IS SO ORDERED.

Dated:  July 18, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE