John Balazs, SBN: 157287
Attorney at Law
916 Second Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299.
Facsimile: (916) 557-1118
Email: john@balazslaw.com

Attorney for Defendant
EDWARD MALLORY

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | 2:09-CR-0090-WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER TO CONTINUE DATE |
| v. | ) | FOR REPLY BRIEF |
| EDWARD MALLORY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    In an order filed May 7, 2014, the Court appointed undersigned counsel to represent defendant Edward Mallory in this §2255 action.  A reply brief to the government's response brief is currently due August 29, 2014.  For the following reasons, the parties hereby stipulate that the due date for defendant's reply brief be extended to September 29, 2014.

    Counsel has just completed a 3-week mortgage fraud jury trial and has not yet set up a prison legal call with Mr. Mallory.   Counsel thus requests a continuance to September 29 to provide counsel additional time to schedule a legal

call and consult with Mr. Mallory and to prepare the reply brief.   Assistant U.S. Attorney Jason Hitt has no objection to this request.

Dated: August 26, 2014
               BENJAMIN B. WAGNER
               U.S. ATTORNEY

              By: /s/  Jason Hitt
               Jason Hitt
               Assistant U.S. Attorney

Dated: August 26, 2014

              By: /s/  John Balazs
               JOHN BALAZS
               Attorney for Defendant
               EDWARD MALLORY

## ORDER

  IT IS SO ORDERED.

Dated:  August 26, 2014

              _[signature]_
              WILLIAM B. SHUBB
              UNITED STATES DISTRICT JUDGE