John Balazs, SBN: 157287
Attorney at Law
916 Second Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299.
Facsimile: (916) 557-1118
Email: john@balazslaw.com

Attorney for Defendant
EDWARD MALLORY

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | 2:09-CR-0090-WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER TO CONTINUE DATE |
| v. | ) | FOR REPLY BRIEF |
| EDWARD MALLORY, | ) | |
| | ) | |
| Defendant. | ) | |

In an order filed May 7, 2014, the Court appointed undersigned counsel to represent defendant Edward Mallory in this §2255 action. A reply brief to the government's response brief is currently due September 29, 2014. For the following reasons, the parties hereby stipulate that the due date for defendant's reply brief be extended to October 20, 2014.

Counsel spoke with Mr. Mallory in a prison legal call on September 19, 2014, but needs to obtain additional information from him. Counsel thus requests a continuance to October 20 to provide counsel additional time to prepare the reply brief. Assistant U.S. Attorney Jason Hitt has no objection to this request.

| | |
|---|---|
| Dated: September 23, 2014 | BENJAMIN B. WAGNER<br>U.S. ATTORNEY |
| | By: /s/ Jason Hitt<br>Jason Hitt<br>Assistant U.S. Attorney |
| Dated: September 23, 2014 | |
| | By: /s/ John Balazs<br>JOHN BALAZS<br>Attorney for Defendant<br>EDWARD MALLORY |

## **ORDER**

IT IS SO ORDERED.

Dated:  September 24, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE