John Balazs, SBN: 157287
Attorney at Law
916 Second Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299.
Facsimile: (916) 557-1118
Email: john@balazslaw.com

Attorney for Defendant
EDWARD MALLORY

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | 2:09-CR-0090-WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER TO CONTINUE DATE |
| v. | ) | FOR REPLY BRIEF |
| EDWARD MALLORY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In an order filed May 7, 2014, the Court appointed undersigned counsel to represent defendant Edward Mallory in this §2255 action.  A reply brief to the government's response brief is currently due October 20, 2014.  For the following reasons, the parties hereby stipulate that the due date for defendant's reply brief be extended to October 24, 2014.

Counsel for Mallory had a Ninth Circuit petition for rehearing and rehearing en banc due on October 20, 2014 and needs additional time to prepare the reply. Counsel thus requests a continuance to October 24, 2014 to provide counsel

additional time to prepare the reply brief.   Assistant U.S. Attorney Jason Hitt has no objection to this request.

Dated: October 21, 2014                         BENJAMIN B. WAGNER
                                                U.S. ATTORNEY

                                         By: /s/  Jason Hitt
                                              Jason Hitt
                                              Assistant U.S. Attorney

Dated: October 21, 2014

                                         By: /s/  John Balazs
                                              JOHN BALAZS
                                              Attorney for Defendant
                                              EDWARD MALLORY

## ORDER

        IT IS SO ORDERED.

Dated:  October 22, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE