| | |
|---|---|
| HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender<br>DAVID M. PORTER, Bar #127024<br>Assistant Federal Defender<br>Counsel Designated for Service<br>801 I Street, 3rd Floor<br>Sacramento, California 95814<br>Telephone: (916) 498-5700<br><br>Attorneys for Defendant<br>EDWARD MALLORY | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>EDWARD MALLORY,<br><br>        Defendant. | No. Cr. S 09-90 WBS 1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO SECTION 404 OF THE FIRST STEP ACT, P.L. 115-391**<br><br>Judge: Honorable WILLIAM B. SHUBB |

      Defendant, EDWARD MALLORY, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate that the Court should enter an amended judgment reducing Mr. Mallory's sentence to 211 months. The parties further stipulate as follows:

      1.     In 2011, defendant was convicted of controlled substance offenses involving at least 50 grams of a mixture or substance containing a form of cocaine base. (Dkt. 55, 54.) In its calculation of the applicable guideline range, the PSR concluded defendant was a career offender (PSR ¶ 34), subject to a guideline range of 262 to 327 months. (PSR ¶ 97.) Because the statutory maximum penalty for the offense of conviction was life (PSR ¶ 97), the base offense level under USSG § 4B1.1 was 37. (See PSR ¶ 34.)

      2.     Defendant was sentenced to a term of imprisonment of 292 months, and a term of supervised release of 120 months. (Dkt. 58.)

Stipulation and Order Re: Sentence Reduction          1

3. On December 21, 2018, the First Step Act was enacted. First Step Act of 2018, S. 756, Pub. Law 115-391. Section 404 of the Act states that the sentencing court may, upon motion of the defendant, an attorney for the government, or the court, "impose a reduced sentence as if sections 2 and 3 of the Fair Sentencing Act of 2010 . . . were in effect at the time the covered offense was committed."

4. The parties agree that defendant is eligible for a reduction of his sentence under Section 404. Specifically, had sections 2 and 3 of the Fair Sentencing Act of 2010 been in effect at the time the offense was committed, defendant would have been subject to a "term of imprisonment . . . not more than 40 years." 21 U.S.C. § 841(b)(1)(B) (2010). Because the maximum statutory penalty for the offense of conviction involving 28 grams or more of cocaine base is 40 years, the base offense level under USSG § 4B1.1 is 34, resulting (after a three-level reduction for acceptance of responsibility, USSG § 3E1.1) in a guideline range of 188 to 235 months. USSG Ch. 5, Pt. A.

5. Accordingly, the parties request this Court issue the order lodged herewith reducing Mr. Mallory's sentence to 211 months imprisonment and 48 months supervised release, all other terms of the judgment remaining unchanged.

6. The undersigned counsel for defendant affirms that he has discussed this stipulation with defendant and that defendant has authorized counsel to enter into this agreement on his behalf. The undersigned counsel also affirms that, so long as the Court accepts this stipulation, defendant waives his right to be present when the Court reduces his sentence, to any hearing, and to any findings to which he might be entitled. The defendant has so indicated, and

///
///
///
///
///
///
///

counsel joins in that waiver.

Respectfully submitted,

Dated: June 27, 2019

McGREGOR SCOTT
United States Attorney


 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: June 27, 2019

HEATHER E. WILLIAMS
Federal Defender


 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorneys for Defendant
EDWARD MALLORY

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to the First Step Act, P.L. 115-391.

The parties agree, and the Court finds, that Mr. Mallory is entitled to the benefit of Section 404 of the First Step Act, resulting in an amended guideline range of 188 to 235 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2011 is reduced to 211 months, and the term of supervised release is reduced to 48 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Mallory shall report to the United States Probation Office within seventy-two hours after his release.

Dated: July 2, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE