# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America
v.
EDWARD MALLORY

Case No: 2:09CR00090-01 WBS

USM No: 18396-097

Date of Original Judgment: 4/29/2011
Date of Previous Amended Judgment: 4/29/2011
*(Use Date of Last Amended Judgment if Any)*

David Porter, AFD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 292 as to Counts 1, 2, 3, 4, all to be served concurrently for a total term of 292 months **is reduced to** 211 as to Counts 1, 2, 3, 4, all to be served concurrently for a total term of 211 months.

The previously imposed term of supervised release of 120 months is reduced to 48 months as to each of Counts 1 through 4, to be served concurrently, for a total term of 48 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 6/7/2011 shall remain in effect.
**IT IS SO ORDERED**.

Dated: July 2, 2019

*(signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date: N/A
*(if different from order date)*